**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HONGKONG U-STAR
INTERNATIONAL CONSULTING
COMPANY LIMITED,

    Plaintiff,

v.                                       Case No: 8:23-cv-2026-CEH-CPT

THE ENCLAVE AT BALMORAL,
LLC and FELTRIM GROUP, INC.,

    Defendants.

_____

## ORDER

This cause comes before the Court *sua sponte*. Plaintiff's "Notice of Filing of Motion to Consolidate" (Doc. 29) explains that a motion to consolidate has been filed in *Qi Ming, et al. v. The Enclave at Balmoral, LLC, et al.,* Case No. 8:23-cv-01873-TPB-NHA, which is pending in the Middle District of Florida before United States District Judge Thomas P. Barber.

The notice explains that "[t]he claims in both actions are identical against the same Defendants and involve the same or common operative facts relating to the Defendants' failure to repay certain loans made by the Plaintiffs. Plaintiffs in both foregoing cases are represented by the same counsel (Butzel Long, P.C.). Likewise, Defendants are represented by the same counsel in both cases (Holland & Knight)." Doc. 29 at 2. Pursuant to Middle District of Florida Local Rule 1.07(a)(2)(A), "the judge to whom the clerk assigns an action can transfer the action at any time and for any reason"

if the transferee judge consents.  Judge Barber has consented to transfer of the subject action.  Accordingly, it is **ORDERED**:

1. The Clerk is directed to **TRANSFER** this action to District Judge Thomas P. Barber, with his consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 22, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties